STATE of Missouri, Respondent,

v.

Danny L. JONES, Appellant.

Danny L. JONES, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 49610.

Missouri Court of Appeals,
Western District.

Submitted July 9, 1996.

Decided July 23, 1996.

Rosemary E. Percival, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before HANNA, P.J., and SMART and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Danny L. Jones appeals his convictions for assault in the first degree and armed criminal action, and appeals the denial of his Rule 29.15 motion for postconviction relief. The judgment of conviction, and the judgment denying postconviction relief, are affirmed.

Rules 30.25(b) and 84.16(b). A memorandum is furnished to the parties as to the basis of the decision.